Case 2:04-cr-00135-wks   Document 166-1   Filed 12/12/05   Page 1 of 1

**DOCKET ENTRY AND IMAGE REMOVED FROM DOCKET**

**SEE DOCUMENT NUMBER 168**